HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ALYSSA MACK
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-6666/Fax: 916-498-5710
Alyssa_mack@fd.org

Attorney for Defendant
SAMANTHA BERGLUND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br><br>DAVID C. HERNANDEZ,<br>　　　　　Defendant. | Case No. 6:17-po-845-JDP<br><br>**MOTION TO VACATE December 11, 2018 REVIEW HEARING; ORDER** |

  Defendant David C. Hernandez hereby requests that the Court vacate the December 11, 2018 review hearing. The Government is in agreement with the request.

  On January 23, 2018, the Court sentenced Defendant to 12 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered him to pay a $600 fine.

  Defendant has paid off his fine and has had no new violations of law. Accordingly, the parties request that the Court vacate the December 11, 2018 review hearing.

Date: December 3, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　　　　　　*/s/ Alyssa Mack*
　　　　　　　　　　　　　　　　　　　　　　ALYSSA MACK
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　DAVID C. HERNANDEZ

**O R D E R**

Pursuant to the parties' request, the court vacates the December 11, 2018 review hearing for Case No. 6:17-po-845-JDP.

IT IS SO ORDERED.

Dated: December 4, 2018

UNITED STATES MAGISTRATE JUDGE

Motion to Vacate

2