1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   DAVID HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-po-00845 |
|---|---|
| Plaintiff, | **MOTION TO DISMISS; ORDER** |
| vs. | |
| DAVID HERNANDEZ, | |
| Defendant. | |

Defendant David Hernandez hereby files this motion to dismiss pursuant to 18 U.S.C. § 3607(a).  The Government does not oppose this request.

On January 23, 2018, Mr. Hernandez pled guilty to possession of a controlled substance in violation of 36 CFR § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr. Hernandez a deferred entry of judgment under 18 U.S.C. § 3607(a).  On December 5, 2018, the Court vacated Mr. Hernandez's review hearing because he had fully complied with the terms of his probation.  Mr. Hernandez's probation expired on January 23, 2019.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." Here, Mr. Hernandez's term of probation has expired, and he did not violate any condition of his probation. Accordingly, Mr. Hernandez requests that the Court, without entering a judgment of conviction,

dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 30, 2019  */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
DAVID HERNANDEZ

**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Mr. Hernandez in *United States v. Hernandez*, Case No. 6:18-po-00845.

IT IS SO ORDERED.

Dated:   January 31, 2019

UNITED STATES MAGISTRATE JUDGE